H. N. GREEN, M. J. Zimmerman, d. b. a. Truck Owners' Freight Company, Louis Takas, and John Kurko, Jr., v. Margaret HAMMER-LUND.

No. 6400.

Circuit Court of Appeals, Sixth Circuit.
Oct. 9, 1933.

Kenneth H. Guild, of Cleveland, Ohio, for appellants.

McConnell, Lind, Blackmore, Cory & Griffith, of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

Lloyd Gerald GREEN v. MAGNOLIA PETROLEUM COMPANY.

No. 918.

Circuit Court of Appeals, Tenth Circuit.
Oct. 25, 1933.

Aiden E. Allen, of Oklahoma City, Okl., for appellant.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, for failure to prosecute.

Harry HACKWORTH, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 6841.

Circuit Court of Appeals, Fifth Circuit.
Oct. 13, 1933.

Harry Hackworth, in pro. per.

Hal Lindsay and H. T. Nichols, Asst. U. S. Attys., of Atlanta, Ga., for appellee.

Before BRYAN, SIBLEY, and HUTCH-ESON, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

HALLET CAREY SWART, Ltd., Libelant-Appellee, v. THE Steamer W. C. FRANZ, Her Engines, etc., The Algoma Central & Hudson Bay Railway Co., Claimant-Appellant.

No. 83.

Circuit Court of Appeals, Second Circuit.
Dec. 4, 1933.

Brown, Ely & Richards, of Buffalo, N. Y. (Laurence E. Coffey, of Buffalo, N. Y., of counsel), for appellant.

Bigham, Englar, Jones & Houston, of New York City, and Burke & Desmond, of Buffalo, N. Y. (Henry N. Longley, Thomas C. Burke, and Ezra G. Benedict Fox, all of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree (2 F. Supp. 497) affirmed.